STATE v. SHAW

No. 79 PC.

Case below: 53 N.C. App. 772.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 December 1981.

STATE v. WALDEN

No. 336 PC.

No. 162 (Fall Term).

Case below: 53 N.C. App. 196.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 1 December 1981.

WHITE v. RASCOE

No. 7 PC.

Case below: 53 N.C. App. 372.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 December 1981.

YORK v. SOUTHERN SCREW

No. 66 PC.

Case below: 53 N.C. App. 631.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 December 1981.

YOUNG v. CHEMICAL CO.

No. 80 PC.

Case below: 53 N.C. App. 806.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 December 1981.